IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIC C. HALL,

      Plaintiff,                                No. CIV S-05-1104 RRB DAD P

    vs.

SCOTT KERWAN, et al.,

      Defendants.                  FINDINGS & RECOMMENDATIONS

_____/

        By order filed November 5, 2007, plaintiff was ordered to file a notice informing the court whether he intends to proceed with this action or whether he requests voluntary dismissal. In addition, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted in the event that plaintiff wishes to proceed with this action. The thirty day period has now expired, and plaintiff has not filed a notice informing the court whether he wishes to proceed with this action, has not filed an amended complaint, and has not otherwise responded to the court's order.

        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 11-110; Fed. R. Civ. P. 41(b).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty

1

days after being served with these findings and recommendations, plaintiff may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: December 19, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:lg
hall1104.fta